1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:  (916) 565-0300
4  Facsimile:  (916) 565-1636

5  Attorneys for Defendant AFNI, INC.

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                         SACRAMENTO DIVISION

10

11 | ERIC V. SLOAN II,              | District Court Case No.: _____
12 |     Plaintiff,                 | Superior Court Case No.: 05SC04905
13 | v.                             | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION)**
14 | AFNI, INC.,                    |
15 |     Defendant.                 |

16

17  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18  PLEASE TAKE NOTICE that Defendant AFNI, INC., hereby removes to this Court the state
19  court action described below:

20      1.      On July 13, 2005, an action was commenced in the Superior Court of the State of
21  California, County of Sacramento, entitled <u>Eric Sloan II v. AFNI</u>, Case No. 05SC04905. A copy of
22  the complaint is attached hereto as **Exhibit A**.
23      2.      Defendant AFNI was served with a copy of the complaint on July 20, 2005. A copy of
    the service of process transmittal is attached hereto as **Exhibit B**.
        3.      Plaintiff's claim against the defendant is for a violation of the Federal Fair Debt
    Collection Practices Act, **15 U.S.C. § 1692 et seq.** (See **Exhibit A**, p. 2.)
        4. This Court has jurisdiction to hear this case because this action is a civil action of which this

- 1 -

1  Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this Court

2  by defendant pursuant to the provisions of **28 U.S.C. § 1441(b)** in that it arises under the federal Fair

3  Debt Collection Practices Act (**15 U.S.C. § 1692 et seq.**)

4  Dated: August 19, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Andrew Steinheimer
Attorneys for Defendant AFNI, Inc.

10  AMS.10284012.doc

| SC-100 | Plaintiff's Claim and ORDER to Go to Small Claims Court |
|---|---|

Clerk stamps date here when form is filed.

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read pages 2 and 3 of this form to understand the Plaintiff's claim against you and page 4 of this form to protect your rights.

### Aviso al demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea las páginas 2 y 3 de este formulario para entender la demanda en su contra y la página 5 de este formulario para proteger sus derechos.

Fill out court name and street address:

**Superior Court of California
County of Sacramento
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2711
(916) 875-7614**

Clerk fills in case number when form is filed.

Case Number: **05SC04905**

— DEFENDANT'S COPY —

### Order to Go to Court

The people in ① and ② must go to court on: *(Clerk fills out below)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 08/23/2005 | 8:30 A.M. | 86 | 301 Bicentennial Circle, Sacramento, CA 95826-2711 |

Date: **July 13, 2005**    Jody Patel, Clerk by, **K. Gonsalves**, Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Small Claims Plaintiff*, to know your rights. Get SC-150 at any courthouse, county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then take or mail it to the courthouse clerk's office and pay your fee. The clerk will write your trial date in the box above.
- You must have someone 18 or over—not you or anyone else involved with this case—give each Defendant a copy of all 5 pages of this form and any pages this form tells you to attach. Keep a copy for your records.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Rev. January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

EXHIBIT A

Received  Aug-12-05  09:26am     From-            To-            Page 007

Case Number: **06SC04905**

Your Name: SLOAN II, ERIC V

## Describe your claims:

① **The Plaintiff (the person who is suing) is:**

Name: SLOAN II, ERIC V
Home address: 7715 ROTHERTON WAY
City: SACRAMENTO    State: CA   Zip: 95823   Phone: (916) 640-6564
Mailing address (if different): _____
City: _____   State: _____   Zip: _____

If more than one person is suing, attach Form SC-100A and check here: ☐
Is this Plaintiff doing business under a fictitious name? ☐ Yes  ☒ No
If yes, attach SC-103 and write Fictitious Business Statement number here: _____

② **The Defendants (the person being sued) is:**

Name: AFNI
Home address: 404 BROCK DRIVE
City: BLOOMINGTON   State: IL   Zip: 61701   Phone: _____
Mailing address (if different): _____
City: _____   State: _____   Zip: _____

If more than one person is being sued, attach Form SC-100A and check here: ☒
If any Defendant is on active duty, write his or her name here: _____

③ **The Plaintiff claims the Defendant owes** $1,000.00 . *(Explain below):*

a. Why does the defendant owe the Plaintiff money? this Collection agencie has not validated this debt and :bay till continue to report to the credit bureaus in violation of FDCPA Section 809 (b),

b. When did this happen? *(Date):* May 9, 2005
If no specific date, give the time period: *Date started:* _____   *Through:* _____

c. How did you calculate the money owed to you? This is the maximum amount under the FDCPA

☐ Check here if you need more space. Attach one sheet of paper or Form MC-030 and write "SC-100, Item 1" at the top.

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.**
Have you done this? ☐ Yes  ☒ No
*If no, explain why not:* This company does not respond to any of my letters.

Rev. January 1, 2006

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100 Page 1 of 5 →

Received  Aug-12-05  09:26am   From-   To-   Page 005

Your Name: SLOAN II, ERIC V.

Case Number: 05SC04905

⑤ **Why are you filing your claim at this courthouse?**

This courthouse covers the area *(check all that apply)*:

a. ☑ (1) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived when the Defendant made the contract.
   (2) Where the Defendant lives or does business.
   (3) Where the Plaintiff's property was damaged.
   (4) Where the Plaintiff was injured.

b. ☐ Where the Plaintiff signed the contract or lives (or lived) if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Poc., § 395(b))*

c. ☐ Where the Plaintiff signed the contract or lives (or lived) if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.19)*

d. ☐ Where the Plaintiff signed the contract or lives (or lived) if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4)*

e. ☐ Other *(specify)*: _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know)*: 95853

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:* ☐

⑧ **Are you suing a government agency?** ☐ Yes ☑ No
*If yes, you must file a written claim with the agency first.* ☐ *A claim was filed on (date):* _____
*If the government agency denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court:**

• I have no right to appeal this claim, and

• I cannot file, and have not filed, more than one other small claim for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: July 15, 2005

SLOAN II, ERIC V.                          ▶ (Filed Electronically)
*Type or print your name*                     *Sign your name*

**Keep a copy of all your forms.**

**Request for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (Form MC-410). *(Civil Code, § 54.8)*

| Case Number: |
|---|
| 05SC04905 |

**SC-100A**  Other Plaintiffs or Defendants

☑ This form is attached to Form SC-100, Item 1 or 2.

① If more than one person is suing, give names of other Plaintiffs (people who are suing) below:

Other Plaintiff's Name: _____
Home address: _____
City: _____ State: ____ Zip: _____ Phone: _____
Mailing address (if different): _____
City: _____ State: ____ Zip: _____

Is this Plaintiff doing business under a fictitious name?  ☐ Yes  ☐ No
If yes, attach SC-103 and write Fictitious Business Statement number here: _____

② If more than one person is being sued, give the names of other Defendants (people who are being sued) below:

Other Defendant's name: __C T CORPORATION SYSTEM - As Agent for Service for AFNI__
Home address: __818 WEST SEVENTH STREET__
City: __LOS ANGELES__   State: __CA__   Zip: __90017__   Phone: _____
Mailing address (if different): _____
City: _____ State: ____ Zip: _____

Other Plaintiffs or Defendants
(Small Claims)

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2005, Mandatory Form
Code of Civil Procedure, §116.110 et seq.

SC-100A, Page 3a

Received  Aug-12-05  09:26am   From-           To-                Page 010

**CT CORPORATION**
A Wolters Kluwer Company

**Service of Process Transmittal**
07/20/2005
Log Number 510394072

**TO:** Lisa Anderson
Afni, Inc.
404 Brock Drive, PO Box 3097
Bloomington, IL, 61702-3097

**RE:** Process Served in California

**FOR:** Afni, Inc. (Domestic State: IL)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

**TITLE OF ACTION:** Sloan II, Eric V., PIf. vs. AFNI, Dft.
Name discrepancy noted.

**DOCUMENT(S) SERVED:** Claim & Order

**COURT/AGENCY:** Sacramento County, Superior Court
Case # 05SC04905

**NATURE OF ACTION:** Small Claims - Plaintiff seeks the sum of $1,000.

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Los Angeles, CA

**DATE AND HOUR OF SERVICE:** By Certified Mail on 07/20/2005 postmarked on 07/15/2005

**APPEARANCE OR ANSWER DUE:** 08/23/05, 8:30 a.m.

**ATTORNEY(S) / SENDER(S):** Sloan II, Eric V.
7715 Romanton Way
Sacramento, CA, 95823
(916) 040-6564

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex 2 Day, 790089283297

**SIGNED:** C T Corporation System
**PER:** [illegible]
**ADDRESS:** 818 West Seventh Street
Los Angeles, CA, 90017
**TELEPHONE:** 213-627-8252

Page 1 of 1 / VI

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

EXHIBIT B

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On August 19, 2005, I served the following document(s) on the parties in the within action:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) (FEDERAL QUESTION)**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Eric V. Sloan, II                                **IN PRO PER**
7715 Rotherton Way
Sacramento, CA  95823

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 19, 2005.

By: *[signature]*
Jennifer E. Mueller