IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC V. SLOAN, II

     Plaintiff,                    No. CIV S-05-1689 GEB GGH PS

     vs.

AFNI, INC.,

     Defendants.               <u>ORDER</u>

_____/

        The parties have stipulated to dismiss this action.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 11/21/05

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:076
Sloan1689.59.wpd